Supreme Court, New York Special Term. Reported. N. Y. L. J. August 18, 1899.

In the Matter of the Petition of ADOLPH HALBRAN to Revoke a Liquor Tax Certificate of MARGARET LENZ.

McADAM, J.: The proceeding is instituted under section 28 of chapter 112 of the Laws of 1896, as amended by section 19 of chapter 312 of the Laws of 1897. Subdivision 2 of the section

as amended provides that upon presentation of the petition for revocation and cancellation of the certificate, "the justice or court shall grant an order requiring the holder of such certificate" * * * "to appear before him or before a Special Term of the Supreme Court of the judicial district, on a day specified therein, not more than ten days after the granting hereof." Here the order was made returnable eleven days after it was granted. As the proceeding involves a forfeiture, the application is denied, without costs and with leave to renew.